**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Xue Lor

Petitioner,

v.

Kristi Noem, Todd Lyons, Michael Bottjen, Mike Stasko

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04774-PAM-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **DENIED**;
2. Petitioner's Motion for a Temporary Restraining Order and Preliminary Injunction (Docket No. 2) is **DENIED**; and
3. This action is **DISMISSED without prejudice**.

Date: 1/13/2026

KATE M. FOGARTY, CLERK